ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
MEGHAN E. FENZEL (CSB No. 324139)
mfenzel@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:   650.988.8500
Facsimile:    650.938.5200

ARMEN N. NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   415.875.2300
Facsimile:    415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MON CHERI BRIDALS, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>CLOUDFLARE, INC., and DOES 1–500, Inclusive,<br><br>         Defendant. | Case No.: 19-cv-01356-VC<br><br>**DEFENDANT CLOUDFLARE, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**<br><br>Date:         June 19, 2019<br>Time:        10:00 a.m.<br>Courtroom: 4<br>Judge:       Hon. Vince Chhabria |

## NOTICE OF AND MOTION AND MOTION TO DISMISS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Cloudflare, Inc. hereby gives notice that it will present its motion to dismiss this action under Fed. R. Civ. P. 12(b)(6) for failure to state a claim on June 19, 2019 at 10:00 a.m. in Courtroom 4 of the United States District Court for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, CA 94102.

The plaintiffs fail to plead sufficient facts to state a claim of contributory infringement against Cloudflare. Cloudflare requests that the court dismiss the plaintiffs' claim against Cloudflare with prejudice. Cloudflare bases the motion on this notice, the accompanying memorandum of points and authorities, the amended complaint, all other pleadings and papers in the case, and any other evidence or argument before the Court.

Dated: April 25, 2019                       FENWICK & WEST LLP

                                            By: */s/ Andrew P. Bridges*
                                                Andrew P. Bridges

                                            Attorneys for Defendant
                                            CLOUDFLARE, INC.