ROBERT B. OWENS (CSB No. 77671)
rowens@ogrlaw.com
OWENS & GACH RAY
10323 Santa Monica Blvd., Ste. 102
Los Angeles, CA  90025
Telephone:	310.553.6611
Facsimile:	310.553.2178

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MON CHERI BRIDALS, LLC, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CLOUDFLARE, INC.,<br><br>　　　　　　Defendant. | Case No.: 19-cv-01356-VC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS ONE ADDITIONAL DAY TO FILE THEIR OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Amended Complaint Served:  Feb, 6, 2019<br>Current Response Date:  (Date not set)<br>Current Date for Opposition: May 16, 2019<br>Proposed Date for Opposition: May 17, 2019<br>Current CMC Date: July 9, 2019 |

　　　　Under Local Rules 6-2 and 7-12, the parties hereby stipulate to, and request the Court's approval for, a one-day modification to the existing briefing schedule on Cloudflare's motion to dismiss the action under Rule 12(b)(6).  The parties propose and stipulate that Plaintiffs may file and serve their papers in opposition to Cloudflare's Motion to Dismiss on May 17, 2019, rather than on May 16, 2019.

　　　　The reason for the stipulated request, and for the Court to grant it, are that Plaintiffs' lead counsel's schedule in the last two weeks has not permitted sufficient time to prepare and finalize

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS ONE ADDITIONAL DAY TO FILE THEIR OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

1

Case No.: 19-CV-01356-VC

Plaintiffs' opposition to the motion to dismiss, and Defendant's counsel has agreed to allow Plaintiffs' counsel to have the additional day to submit Plaintiffs' opposition.

There have been no previous extensions of time for the filing of Plaintiffs' opposition to the motion to dismiss.

The request will not affect the timing of the hearing on the motion or on any other aspects of the case schedule.

Dated:   May 16, 2019                              FENWICK & WEST LLP


                                                   By: s/_____
                                                       Andrew P. Bridges

                                                   Attorneys for Defendant
                                                   CLOUDFLARE, INC.

                                                   OWENS & GACH RAY


                                                   By: s/_____
                                                       Robert B. Owens
                                                       Attorneys for Plaintiffs
                                                       MON CHERI BRIDALS, LLC and
                                                       MAGGIE SOTTERO DESIGNS, LLC

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.


Dated:   May 16, 2019                              By: s/_____
                                                       Robert B. Owens

## [PROPOSED] ORDER

PURSUANT TO STIPULATION,

1. Plaintiffs may file papers in opposition to Cloudflare's motion to dismiss by May 17, 2019, rather than by May 16, 2019.

IT IS SO ORDERED.

Dated: _____

                                                      Hon. Vince Chhabria
                                                      United States District Judge
                                                      Northern District of California