ROBERT B. OWENS (CSB No. 77671)
rowens@ogrlaw.com
OWENS & GACH RAY
10323 Santa Monica Blvd., Ste. 102
Los Angeles, CA  90025
Telephone:     310.553.6611
Facsimile:      310.553.2178

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MON CHERI BRIDALS, LLC, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>CLOUDFLARE, INC.,<br><br>Defendant. | Case No.: 19-cv-01356-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS ONE ADDITIONAL DAY TO FILE THEIR OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Amended Complaint Served:  Feb, 6, 2019<br>Current Response Date:  (Date not set)<br>Current Date for Opposition: May 16, 2019<br>Proposed Date for Opposition: May 17, 2019<br>Current CMC Date: July 9, 2019 |

Under Local Rules 6-2 and 7-12, the parties hereby stipulate to, and request the Court's approval for, a one-day modification to the existing briefing schedule on Cloudflare's motion to dismiss the action under Rule 12(b)(6).  The parties propose and stipulate that Plaintiffs may file and serve their papers in opposition to Cloudflare's Motion to Dismiss on May 17, 2019, rather than on May 16, 2019.

The reason for the stipulated request, and for the Court to grant it, are that Plaintiffs' lead counsel's schedule in the last two weeks has not permitted sufficient time to prepare and finalize

Plaintiffs' opposition to the motion to dismiss, and Defendant's counsel has agreed to allow Plaintiffs' counsel to have the additional day to submit Plaintiffs' opposition.

There have been no previous extensions of time for the filing of Plaintiffs' opposition to the motion to dismiss.

The request will not affect the timing of the hearing on the motion or on any other aspects of the case schedule.

Dated:   May 16, 2019                    FENWICK & WEST LLP


By: s/_____
    Andrew P. Bridges

Attorneys for Defendant
CLOUDFLARE, INC.

OWENS & GACH RAY


By: s/_____
    Robert B. Owens
    Attorneys for Plaintiffs
    MON CHERI BRIDALS, LLC and
    MAGGIE SOTTERO DESIGNS, LLC

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated:   May 16, 2019                    By: s/_____
                                             Robert B. Owens

# [PROPOSED] ORDER

PURSUANT TO STIPULATION,

1. Plaintiffs may file papers in opposition to Cloudflare's motion to dismiss by May 17, 2019, rather than by May 16, 2019.

IT IS SO ORDERED.

Dated: May 16, 2019

_____
Hon. Vince Chhabria
United States District Judge
Northern District of California