UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MON CHERI BRIDALS, LLC, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CLOUDFLARE, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 19-cv-01356-VC   (TSH)<br><br>**DISCOVERY ORDER** |

Discovery in this matter has been referred to the undersigned. Any discovery disputes should be raised in the manner described in the undersigned's Discovery Standing Order, which is available at https://cand.uscourts.gov/tsh/standing-orders. Any questions should be directed to Courtroom Deputy Rose Maher at (415) 522-4708 or TSHcrd@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: August 1, 2019

THOMAS S. HIXSON
United States Magistrate Judge