ROBERT B. OWENS (CSB No. 77671)
rowens@ogrlaw.com
OWENS & GACH RAY
10323 Santa Monica Blvd., Ste. 102
Los Angeles, CA  90025
Telephone:     310.553.6611
Facsimile:      310.553.2178

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MON CHERI BRIDALS, LLC, *et al.,*<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CLOUDFLARE, INC.,<br><br>　　　　　Defendant. | Case No.: 19-cv-01356-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND EARLY NEUTRAL EVALUATION**<br><br>Current ENE Deadline: October 21, 2019 |

　　　　Due to the vacating of the appointment of John W. Crittenden as the Early Neutral Evaluator, and the schedules of all counsel and the new Early Neutral Evaluator, and pursuant to this Court's Notice dated September 13, 2019, the parties have stipulated to extend the deadline to complete the Early Neutral Evaluation to and including December 4, 2019.  The parties have scheduled their ENE session with the Early Neutral Evaluator, Michael Jacobs, Esq. for December 4, 2019.

//////

//////

//////

//////

Dated:   October 21, 2019            FENWICK & WEST LLP


                                     By: s/
                                         Andrew P. Bridges

                                     Attorneys for Defendant
                                     CLOUDFLARE, INC.

                                     OWENS & GACH RAY


                                     By: s/
                                         Robert B. Owens
                                         Attorneys for Plaintiffs
                                         MON CHERI BRIDALS, LLC and
                                         MAGGIE SOTTERO DESIGNS, LLC


   Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated:   October 21, 2019            By: s/
                                         Robert B. Owens

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and this Court's Notice Vacating Appointment of Evaluator, the Court hereby orders the deadline for the Early Neutral Evaluation extended to and including December 4, 2019.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Vince Chhabria
United States District Judge
Northern District of California