ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
MEGHAN E. FENZEL (CSB No. 324139)
mfenzel@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:    650.988.8500
Facsimile:     650.938.5200

ARMEN N. NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:    415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MON CHERI BRIDALS, LLC, *et al.*,<br><br>       Plaintiffs,<br><br>    v.<br><br>CLOUDFLARE, INC.,<br><br>       Defendant. | Case No.: 19-cv-01356-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND EARLY NEUTRAL EVALUATION**<br><br>Current ENE deadline: December 4, 2019<br>Proposed ENE deadline: January 8, 2020 |

Due to scheduling difficulties for the Early Neutral Evaluator, Michael A. Jacobs, and the schedules of all counsel and party representatives, the parties have stipulated to extend the deadline to complete the Early Neutral Evaluation to and including January 8, 2020.  The parties have scheduled their ENE session with the Early Neutral Evaluator, Michael A. Jacobs, for

January 8, 2020.  This deadline further extends the prior deadline of December 4, 2019 set by the

Court's October 23, 2019 Order.  Dkt. 65.

Dated:   November 27, 2019          FENWICK & WEST LLP


                                    By: *s/ Andrew P. Bridges*
                                            Andrew P. Bridges

                                    Attorneys for Defendant
                                    CLOUDFLARE, INC.


Dated:   November 27, 2019          OWENS, GACH RAY


                                    By: *s/ Robert B. Owens*
                                            Robert B. Owens

                                    Attorneys for Plaintiffs
                                    MON CHERI BRIDALS, LLC and
                                    MAGGIE SOTTERO DESIGNS, LLC



# ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.



Dated:   November 27, 2019          By: s/ *Andrew P. Bridges*
                                            Andrew P. Bridges

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and agreement of the Early Neutral Evaluator, the Court hereby orders the deadline for the Early Neutral Evaluation extended to and including January 8, 2019.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Vince Chhabria
United States District Judge
Northern District of California