ROBERT B. OWENS (Bar No. 77671)
rowens@ogrlaw.com
OWENS & GACH RAY
10323 Santa Monica Blvd., Suite #102
Los Angeles, CA 90025
Telephone:  (310) 553-6611
Facsimile: (310) 954-9191

CRAIG S. HILLIARD (*Pro Hac Vice*)
chilliard@stark-stark.com
STARK & STARK, P.C.
993 Lenox Drive, Bldg. Two
Lawrenceville, NJ 08648
Telephone:  (609) 895-7346
Facsimile:  (609) 895-7395

Attorneys for Plaintiffs,

MON CHERI BRIDALS, LLC and
MAGGIE SOTTERO DESIGNS, LLC

ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
CRYSTAL NWANERI (CSB No. 318955)
cnwaneri@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200

JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendant,

CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MON CHERI BRIDALS, LLC and MAGGIE SOTTERO DESIGNS, LLC,<br><br>       Plaintiffs,<br><br>   v.<br><br>CLOUDFLARE, INC., and DOES 1 – 500, Inclusive,<br><br>       Defendants. | Case No.: 19-cv-01356-VC<br><br>**(CORRECTED) STIPULATED [PROPOSED] AMENDED CASE MANAGEMENT ORDER** **AS MODIFIED** |

Counsel for Cloudflare Andrew P. Bridges regrets that he filed an erroneous version of the amended scheduling order and now files a corrected version to reflect the agreement among counsel regarding dates for opposition and reply briefs on dispositive motions. The corrected

dates are in **_bold face italics_** below. This change does not affect any hearing or status conference date. Mr. Bridges provides an updated declaration under Local Rule 6-2 that reflects all changes to date.

The parties to the above-entitled action jointly submit this proposed revised case management order extending case management deadlines. The parties have exchanged preliminary discovery responses, are working through discovery deficiency contentions, and intend to produce additional documents once a discovery protection order is put in place (which the parties have drafted and are finalizing for submission to the Court). Given the recent COVID-19 health crisis and the toll it has had and will continue to have on businesses, including those of Plaintiffs, the parties believe the requested extension is warranted and will provide sufficient time within which to complete discovery.

Pursuant to Local Rule 6-2(2), the following dates and deadlines were previously entered by the Court following the Case Management Conference on July 31, 2019:

Last day to amend pleadings due by 10/1/2019

Close of Fact Discovery due by 6/18/2020

Opening Reports due by 4/1/2020

Rebuttal Reports due by 5/1/2020

Close of Expert Discovery due by 6/18/2020

Last day to hear Dispositive Motion Hearing set for 9/24/2020 at 10:00 a.m.

Final Pretrial Conference set for 1/11/2021 at 1:30 p.m.

Jury Trial set for 1/25/2021 at 8:30 AM

Case Management Statement due by 5/13/2020

Further Case Management Conference set for 5/20/2020 10:00 a.m.

Due to the reasons explained above and the legitimate need for additional time to complete contemplated discovery, the parties propose the following amended schedule:

Designation of Experts and Opening Reports by June 1, 2020

Rebuttal Expert Disclosure and Reports by August 3, 2020

Further Case Management Conference on September 23, 2020, at 10:00 a.m.

Updated joint case management statement due by September 16, 2020

Expert Depositions by October 16, 2020

Discovery End Date is October 30, 2020

Dispositive Motions (opening briefs) by November 6, 2020

*Dispositive Motions (opposition briefs) by December 4, 2020*

*Dispositive Motions (reply briefs) by December 18, 2020*

Hearing on Dispositive Motions on January 7, 2021, at 10:00 a.m.

Pretrial Conference on April 12, 2021, at 1:30 p.m.

Trial scheduled on April 26, 2021, at 8:30 a.m.

A declaration under Local Rule 6-2 accompanies this document.

Dated:  April 14, 2020                         /s/ Gene Markin (By APB with permission)

Craig S. Hilliard (*pro hac vice*)
chilliard@stark-stark.com
Gene Markin
gmarkin@stark-stark.com
STARK & STARK, P.C.
993 Lenox Drive, Bldg. Two
Lawrenceville, NJ  08648-2389
Telephone:  (310) 553-6611
Facsimile:  (310) 954-9191

Robert B. Owens (No. 77671)
rowens@ocrlaw.com
OWENS & GACH RAY
10323 Santa Monica Blvd., Suite 102
Los Angeles, CA  90025
Telephone:  (609) 895-7346
Facsimile:  (609) 895-7395

Attorneys for Plaintiffs Mon Cheri Bridals, LLC and Maggie Sottero Designs, LLC

Dated:  April 14, 2020                                           /s/ Andrew P. Bridges

                                                       Andrew P. Bridges (No. 122761)
abridges@fenwick.com
Crystal Nwaneri (No. 318955)
cnwaneri@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200

Jedediah Wakefield (No. 178058)
jwakefield@fenwick.com
Sapna Mehta (No. 288238)
smehta@fenwick.com
Matthew B. Becker (No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:  (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendant Cloudflare, Inc.

**ATTESTATION OF SIGNATURES**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

                                                       /s/ Andrew P. Bridges
                                                       Andrew P. Bridges

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.

Dated:  May 14, 2020

                                                       Honorable Vince Chhabria
                                                     United States District Judge