Robert B. Owens, Esq. (Bar No. 77671)
rowens@ogrlaw.com
OWENS & GACH RAY
10323 Santa Monica Blvd., Suite #102
Los Angeles, CA 90025
Ph: (310) 553-6611
Fax: (310) 954-9191

Craig S. Hilliard, Esq. (Admitted Pro Hac Vice)
chilliard@stark-stark.com
Gene Markin, Esq. (Admitted Pro Hac Vice)
gmarkin@stark-stark.com
STARK & STARK, P.C.
993 Lenox Drive, Bldg. Two
Lawrenceville, NJ 08648
Ph: (609) 895-7346
Fax: (609) 895-7395

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MON CHERI BRIDALS, LLC, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>CLOUDFLARE, INC.,<br><br>  Defendant. | Case No.: 19-cv-01356-VC<br><br>**NOTICE OF CHANGE OF ADDRESS OF OWENS & GACH RAY** |

**TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

　　**PLEASE TAKE NOTICE** that, effective June 1, 2020, Owens & Gach Ray, co-counsel for Plaintiffs, has moved. The new address for Owens & Gach Ray is as follows:

//////

Robert B. Owens, Esq.
Owens & Gach Ray
269 S. Beverly Drive, #1074
Beverly Hills, CA 90212

Counsel's telephone and facsimile numbers, and email addresses, remain the same.

Dated:   May 27, 2020                              OWENS & GACH RAY


                                         By: /s/ *Robert B. Owens*
                                              Robert B. Owens
                                              Attorneys for Plaintiffs
                                              MON CHERI BRIDALS, LLC and
                                              MAGGIE SOTTERO DESIGNS, LLC