ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
CRYSTAL NWANERI (CSB No. 318955)
cnwaneri@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650 988-8500
Facsimile: (650) 938-5200

JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant
CLOUDFLARE, INC.

ROBERT B. OWENS (CSB No. 77671)
rowens@ogrlaw.com
OWENS & GACH RAY
10323 Santa Monica Boulevard, Suite 102
Los Angeles, CA 90025
Telephone: (310) 553-6611
Facsimile: (310) 954-919

CRAIG S. HILLIARD (*Pro Hac Vice*)
chilliard@stark-stark.com
STARK & STARK, P.C.
993 Lenox Drive, Bldg. Two
Lawrenceville, NJ 08648
Telephone: (609) 895-7346
Facsimile: (609) 895-7395

Attorneys for Plaintiffs
MON CHERI BRIDALS, LLC and
MAGGIE SOTTERO DESIGNS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MON CHERI BRIDALS, LLC, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>CLOUDFLARE, INC., and DOES 1–500, Inclusive,<br><br>Defendants. | Case No.: 19-cv-01356-VC<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING CASE MANAGEMENT CONFERENCE AND AMENDING CASE MANAGEMENT SCHEDULE**<br><br>Judge: Judge Vince Chhabria<br>Date Action Filed: March 14, 2019 |

The parties to the above-entitled action jointly submit this stipulated request in accordance with the Court's September 9, 2020 Order Re Case Management Order (Dkt. 91) to: (1) vacate the September 22, 2020 case management conference and (2) amend the current case management schedule.

The parties believe that the September 22, 2020 case management conference is unnecessary given the adjustment to the case schedule, and thus request that the Court vacate it.

The parties submit the following revised schedule for dispositive motions to comply with paragraph 39 of the Court's Standing Order:

    Plaintiffs' Opening Brief on April 16, 2021

    Defendant's Opening/Opposition Brief on May 14, 2021

    Plaintiffs' Opposition/Reply Brief on June 18, 2021

    Defendant's Reply Brief on July 16, 2021

    Hearing on Dispositive Motions on August 5, 2021, at 10:00 a.m.

A declaration pursuant to Civil L.R. 6-2 accompanies this document.

Dated:   September 16, 2020                    FENWICK & WEST LLP

                                              */s/ Jedediah Wakefield*
                                              Jedediah Wakefield

                                              Attorneys for Defendant
                                              CLOUDFLARE, INC.

Dated:   September 16, 2020                    STARK AND STARK, P.C.

                                               /s/ Gene Markin
                                               Gene Markin

                                               Attorneys for Plaintiffs
                                               MON CHERI BRIDALS, LLC AND
                                               MAGGIE SOTTERO DESIGNS, LLC

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

                                               /s/ Jedediah Wakefield
                                               Jedediah Wakefield

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   September 18, 2020                    _____
                                               Honorable Vince Chhabria

