ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
CRYSTAL NWANERI (CSB No. 318955)
cnwaneri@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:  650 988-8500
Facsimile:  (650) 938-5200

JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendant
CLOUDFLARE, INC.

ROBERT B. OWENS (CSB No. 77671)
rowens@ogrlaw.com
OWENS & GACH RAY
10323 Santa Monica Boulevard, Suite 102
Los Angeles, CA 90025
Telephone:  (310) 553-6611
Facsimile:  (310) 954-919

CRAIG S. HILLIARD (*Pro Hac Vice*)
chilliard@stark-stark.com
GENE MARKIN (*Pro Hac Vice*)
gmarkin@stark-stark.com
STARK & STARK, P.C.
993 Lenox Drive, Bldg. Two
Lawrenceville, NJ 08648
Telephone:  (609) 895-7346
Facsimile:  (609) 895-7395

Attorneys for Plaintiffs
MON CHERI BRIDALS, LLC and
MAGGIE SOTTERO DESIGNS, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

MON CHERI BRIDALS, LLC, *et al.,*

          Plaintiffs,

v.

CLOUDFLARE, INC., and DOES 1–500,
Inclusive,

          Defendants.

Case No.: 19-cv-01356-VC

**STIPULATION AND [PROPOSED] ORDER
AMENDING CASE MANAGEMENT ORDER
AS MODIFIED**
 Judge:  Judge Vince Chhabria
 Date Action Filed:  March 14, 2019

The parties to the above-entitled action submit this stipulated request for an order amending the current case management order to extend the current case deadlines.  The parties have exchanged considerable discovery and have raised issues with some of that discovery, which they are attempting to resolve without court intervention.  Additional time will allow them to work together towards resolution before completing fact depositions, which must currently be completed by February 5, 2021.  The parties also request the extension to accommodate the witnesses' and parties' schedules, which are constrained by disruptions resulting from tightening COVID-19 restrictions.

The current case schedule is as follows:

Fact Depositions by February 5, 2021

Expert Depositions by March 5, 2021

Discovery End Date is March 19, 2021

Plaintiffs' Opening Brief on April 16, 2021

Defendant's Opening/Opposition Brief on May 14, 2021

Plaintiffs' Opposition/Reply Brief on June 18, 2021

Defendant's Reply Brief on July 16, 2021

Hearing on Dispositive Motions on August 5, 2021 at 10:00 a.m

Pretrial Conference on September 13, 2021 at 1:30 p.m.

Trial scheduled on September 27, 2021 at 8:30 a.m.

For the reasons described above, and in the accompanying declaration, the parties require additional time to complete their contemplated discovery and thus request an order amending the above case schedule as follows:

Fact Depositions by April 16, 2021

Expert Depositions and Discovery End by April 30, 2021

Plaintiffs' Opening Brief on May 26, 2021

Defendant's Opening/Opposition Brief on June 23, 2021

Plaintiffs' Opposition/Reply Brief on July 28, 2021

Defendant's Reply Brief on August 25, 2021

Hearing on Dispositive Motions on September 16, 2021 at 10:00 a.m.

Pretrial Conference on October 18, 2021 at 1:30 p.m.

Trial scheduled on November 1, 2021 at 8:30 a.m.

A declaration pursuant to Civil L.R. 6-2 accompanies this document.


Dated:   December 23, 2020              FENWICK & WEST LLP


                                        */s/ Andrew P. Bridges*
                                        Andrew P. Bridges

                                        Attorneys for Defendant
                                        CLOUDFLARE, INC.


Dated:   December 23, 2020              STARK AND STARK, P.C.


                                        */s/ Gene Markin*
                                        Gene Markin

                                        Attorneys for Plaintiffs
                                        MON CHERI BRIDALS, LLC AND
                                        MAGGIE SOTTERO DESIGNS, LLC

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (*/s/*) within this e-filed document.

*/s/ Andrew P. Bridges*
Andrew P. Bridges

No further extensions will be granted.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   December 29, 2020

Honorable Vince Chhabria

