ANDREW P. BRIDGES (No. 122761)
abridges@fenwick.com
CRYSTAL NWANERI (No. 318955)
cnwaneri@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:      650.988.8500
Facsimile:      650.938.5200

JEDEDIAH WAKEFIELD (No. 178058)
jwakefield@fenwick.com
MATTHEW B. BECKER (No. 291865)
mbecker@fenwick.com
SAPNA S. MEHTA (No. 288238)
smehta@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:      415.875.2300
Facsimile:      415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MON CHERI BRIDALS, LLC, *et al.,*<br><br>    Plaintiffs,<br><br>v.<br><br>CLOUDFLARE, INC. and DOES 1–500,<br><br>    Defendants. | Case No.: 19-cv-01356-VC<br><br>**NOTICE OF APPEARANCE OF SAPNA S. MEHTA** |

Sapna S. Mehta of the law firm of Fenwick & West LLP hereby enters her appearance in this action on behalf of Defendant Cloudflare, Inc. Ms. Mehta's email addresses for purposes of receipt of Notices of Electronic Filing are: smehta@fenwick.com and mguidoux@fenwick.com.

Dated:  March 23, 2021                FENWICK & WEST LLP

By: */s/ Sapna S. Mehta*
Sapna S. Mehta
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:     415.281.1350
Email:  smehta@fenwick.com

Attorneys for Defendant CLOUDFLARE, INC.