UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MON CHERI BRIDALS, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CLOUDFLARE, INC., et al., <br><br> Defendants. | Case No. 19-cv-01356-VC   (TSH) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 108 |

Plaintiffs have filed a discovery letter brief at ECF No. 108. The Court orders CloudFlare to file a response, not to exceed 2.5 pages, by noon on April 28, 2021.

**IT IS SO ORDERED.**

Dated: April 26, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge