UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MON CHERI BRIDALS, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CLOUDFLARE, INC., et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-01356-VC  (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 115 |

　　　The Court is in receipt of a letter brief by Defendant Cloudflare concerning discovery disputes with non-party XMLShop d/b/a Counterfeit Technology. ECF No. 115. The Court orders XMLShop to file a response by May 14, 2021, and the Court orders Cloudflare to serve this order on XMLShop. If Cloudflare and XMLShop resolve their disputes, the Court orders them to file a statement informing the Court.

　　　**IT IS SO ORDERED.**

Dated: May 10, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge