UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MON CHERI BRIDALS, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CLOUDFLARE, INC., et al.,<br><br>Defendants. | Case No. 19-cv-01356-VC  (TSH)<br><br>**ORDER RE: MOTION TO SEAL**<br><br>Re: Dkt. No. 111 |

In ECF No. 111, Plaintiffs move to seal the Discovery Letter Brief at ECF No. 108, as well as three exhibits to it. However, Plaintiffs do not state in their motion which party designated this material as confidential under the terms of the protective order. The Court orders Plaintiffs to file a statement by May 11, 2021 identifying the party that designated these materials as confidential.

**IT IS SO ORDERED.**

Dated: May 10, 2021

THOMAS S. HIXSON
United States Magistrate Judge