Robert B. Owens, Esq. (Bar No. 77671)
rowens@ogrlaw.com
**OWENS & GACH RAY**
10323 Santa Monica Blvd., Suite #102
Los Angeles, CA 90025
Ph: (310) 553-6611
Fax: (310) 954-9191

Craig S. Hilliard, Esq.
chilliard@stark-stark.com
Gene Markin, Esq.
gmarkin@stark-stark.com
**STARK & STARK, P.C.**
993 Lenox Drive, Bldg. Two
Lawrenceville, NJ 08648
Ph: (609) 895-7248
Fax: (609) 895-7395
(*Pro Hac Vice* Applications Granted)

*Attorneys for Plaintiffs*
*Mon Cheri Bridals, LLC and*
*Maggie Sottero Designs, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| **MON CHERI BRIDALS, LLC** and MAGGIE SOTTERO DESIGNS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> **CLOUDFLARE, INC**., a Delaware corporation; and DOES 1-10, Inclusive, <br><br> Defendants. | Case No. 19-CV-01356-VC <br><br> **PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT** <br><br> Date: September 16, 2021 <br> Time: 10:00 AM <br> Judge: Hon. Vince Chhabria |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs hereby give notice that they will present their motion for summary judgment on September 16, 2021 at 10:00 a.m. in Courtroom 4 of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102.

Plaintiffs base their motion on this notice, the accompanying brief in support, the enclosed declarations and exhibits, the pleadings and evidence in the case, and any other evidence or argument before the Court.

Dated: May 26, 2021                                         STARK & STARK, P.C.


                                                            By: /s/ *Gene Markin*
                                                                 Gene Markin, Esq.

                                                            *Attorneys for Plaintiffs Mon Cheri Bridals, LLC and Maggie Sottero Designs, LLC*