EXHIBIT

LL

# Exhibit "LL"

From: Cloudflare
Sent: Sat 2/24/2018 7:00 AM (GMT-08:00)
To:
Cc:
Bcc:
Subject: [b02cf2b7f925ae36]: Cloudflare received a DMCA copyright infringement complaint regarding your site.

Cloudflare received a DMCA copyright infringement complaint regarding:

bidbel.com

Below is the complaint we received:

Reporter's Name: Armen Petrossian
Copyright Holder's Name:
Reporter's Email Address: complaints@counterfeittechnology.com
Reporter's Title: Representative
Reporter's Company Name: Essense of Australia, client of Counterfeit Technology
Reporter's Address: 8 Neshaminy Interplex Drive, Suite 117 Trevose, Pennsylvania US

Reported URLs:

https://www.bidbel.com/Modest-Lace-See-Through-Trumpet-Mermaid-Wedding-Dresses-Bridal-Gowns-3301131
https://www.bidbel.com/image/cache/data/products/033/01/131-900x1200.jpg

Original Work: Essense Designs images of Essense Designs dresses
http://essense.counterfeit.technology/originals.php?id=1760


We have forwarded this complaint to your hosting provider.

Regards,

Cloudflare Abuse

**Exhibit P-18**

CONFIDENTIAL                                                                                                                                    CLOUDFLARE-MCB00084947