UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MON CHERI BRIDALS, LLC, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CLOUDFLARE, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 19-cv-01356-VC   (TSH)<br><br>**ORDER RE: MOTION TO SEAL**<br><br>Re: Dkt. No. 111 |

　　　In ECF No. 111, Plaintiffs moved to seal a portion of a discovery letter brief, as well as portions of Exhibits B, D and E, on the ground that Cloudflare had designated the material as confidential pursuant to the terms of the protective order in this action.  Pursuant to Civil Local Rule 79-5, Cloudflare filed its responsive declaration in ECF No. 125.[1]  The Declaration of Patrick Nemeroff asks the Court to maintain the partial sealing requested by Plaintiffs for the letter brief and Exhibit D.  The declaration requests revised redactions to Exhibits B and E.[2]

　　　Having reviewed the Nemeroff declaration, the Court agrees that the redactions to the letter brief and Exhibit D proposed in ECF No. 111 are acceptable, and so grants that motion to that extent.  Concerning Cloudflare's revised proposed redactions to Exhibits B and E, those are also acceptable.  Because the redacted versions of the letter brief and Exhibits B, D and E are already in the public record, no further action by the parties is required.  This order terminates the motion

---

[1] As discussed during the May 25, 2021 hearing, the Court will consider this declaration despite its being severely untimely.
[2] The declaration also requests that Exhibit A to ECF No. 108 remain sealed in its entirety. However, as the Court has previously explained, Plaintiffs submitted Exhibit A for *in camera* review.  They did not file it under seal.  *See* ECF No. 113 at 1 & n.1.

1  to seal at ECF No. 111.

3  **IT IS SO ORDERED.**

4  Dated: June 2, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge