ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
MEGHAN E. FENZEL (CSB No. 324139)
mfenzel@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200

JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SAPNA S. MEHTA (CSB No. 288238)
smehta@fenwick.com
MATTHEW BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendant
CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MON CHERI BRIDALS, LLC and MAGGIE SOTTERO DESIGNS, LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CLOUDFLARE, INC., and DOES 1 – 500, Inclusive,<br><br>　　　　　Defendants. | Case No.: 19-cv-01356-VC<br><br>**NOTICE OF RESOLUTION OF DISCOVERY DISPUTE** |

      Defendant Cloudflare, Inc. hereby notifies the Court that it has reached a resolution with non-party XMLShop d/b/a Counterfeit Technology regarding the discovery dispute addressed at Docket Nos. 115, 118, and 122.  XMLShop produced a spreadsheet containing information requested and represented that this is the entirety of the copyright registration information it has in its database, and is working with Cloudflare to schedule the further deposition of its representative, Mr. Ter-Saakov.

                                                                        Respectfully submitted,

Dated:  June 8, 2021                                                   */s/ Matthew B. Becker*

                                                            Matthew B. Becker (CSB No. 291865)
                                                            mbecker@fenwick.com
                                                            FENWICK & WEST LLP
                                                            555 California Street, 12th Floor
                                                            San Francisco, CA 94104
                                                            Telephone:  (415) 875-2300
                                                            Facsimile:  (415) 281-1350
                                                            Attorneys for Defendant
                                                            CLOUDFLARE, INC.