ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
MEGHAN E. FENZEL (CSB No. 324139)
mfenzel@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:     650.938.5200

JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| MON CHERI BRIDALS, LLC, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> CLOUDFLARE, INC., and DOES 1–500, Inclusive, <br><br> Defendants. | Case No.: 19-cv-01356-VC <br><br> **DECLARATION OF ALBERT LEE GUINN III IN SUPPORT OF DEFENDANT CLOUDFLARE, INC.'S CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION** <br><br> Date:          September 16, 2021 <br> Time:          10:00 a.m. <br> Courtroom:  4 <br> Judge:        Hon. Vince Chhabria |

I, Albert Lee Guinn III, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am the Head of Solution Engineering at Cloudflare, Inc.  I have held this position since June 2013.  In this role, I serve as global lead of Cloudflare's enterprise solution engineering team and am responsible for helping large enterprises adopt and use Cloudflare's services.  Because of my job responsibilities and work experience, I am familiar with many aspects of Cloudflare's business and how Cloudflare's technology and services operate.  I base this declaration on my personal knowledge.

2.      I have over twenty years of experience in Internet application delivery and have worked in companies of all sizes in several countries.  Before Cloudflare, I was Enterprise Architect at KPMG International in the Netherlands (2011-2013); Infrastructure Architect at All Options in the Netherlands (2010-2011); Mission Critical Engineer at Schuberg Philis in the Netherlands (2008-2010); Infrastructure Consultant at Intergen in New Zealand (2005-2008); IT Consultant at myITpros in Austin, Texas (1999-2004); and Senior Network Administrator at JAC Technologies in San Antonio, Texas (1999-2000).

## Cloudflare and Its Security and Performance Services

3.      Cloudflare is an online service provider that provides Internet security and optimization services.  Cloudflare's mission is to "help build a better Internet," and it is an important part of the basic infrastructure for an accessible, secure, and open global Internet. Cloudflare's services help protect websites from malicious attacks.  Cloudflare provides its services, both for free and for payment, to a wide variety of customers operating over 25 million web properties and applications, each of which may have millions of visitors.  Cloudflare handles nearly 10 percent of global Internet requests from 2.5 billion discrete Internet users every month.  Cloudflare's customers include major government agencies (including the United States Copyright Office), banks and financial institutions, utilities, universities, entertainment companies, retailers and other e-commerce companies, and political campaigns.  In 2020, Cloudflare provided election website security services for the presidential campaigns of both Donald Trump and Joe Biden, local governments, and more than half of U.S. states; during that

time, Cloudflare mitigated hundreds of thousands of daily attacks.  Cloudflare also provides services to opposition party or dissident websites around the world that challenge authoritarian regimes.

4.     Cloudflare has won a number of industry awards for its provision of Internet services.  Recently, Fast Company named Cloudflare as one of the top ten most innovative Internet companies this year "[f]or providing free security during a very insecure year."  I attach this 2021 Fast Company article as **Exhibit 1** to this declaration.  Forbes named Cloudflare to its Cloud 100 list of the top cloud computing companies each year from 2016 to 2019.

<u>**Cloudflare's Role In Preventing Cyberattacks**</u>

5.     Attacks on the Internet, its resources, and its participants come in several major forms.  Major categories include (1) attacks that damage computers, devices and networks; (2) attacks that interfere with access to the Internet and to resources on the Internet; (3) theft of property and information; (4) surveillance and stalking of persons and their activities; and (5) interference with operations of critical infrastructure.

6.     Governments and businesses, including vital energy, transportation, communications, and financial systems, depend on IT systems to execute myriad tasks and to provide critical support for the operations.  Individuals also depend on IT systems to do their jobs, bank, vote, pay taxes, access healthcare, and attend school.  The COVID-19 pandemic reinforced the essential nature of the Internet to personal and commercial activities, and Cloudflare fights threats that jeopardize—or indeed target—these vital activities.  The threats constantly evolve, as those engaging in criminal or malicious conduct try to bypass security measures.  Cloudflare must continually identify those threats to prevent, detect, thwart, or mitigate them.

7.     A frequent form of attack is a denial of service (DoS) attack, by which a malicious actor floods Internet properties with requests that overwhelm the properties' capability to respond.  The effect of a DoS attack is to knock Internet properties offline and make them unavailable to their owners and to Internet users generally.  For malicious actors launching DoS

attacks, knowing the victim's Internet Protocol (IP) address is key.  DoS attacks target a victim through its IP address, flooding it with traffic and overwhelming the server at that IP address. An IP address is a number associated with each device attached to the Internet, by which it can be identified and addressed by machines and networks.  A more potent form of DoS attack is a distributed denial of service (DDoS) attack, which harnesses and coordinates multiple simultaneous DoS attacks to magnify their effect, often by taking unauthorized control of many other computers to launch coordinated attacks.  As illustrated above, and as I describe in more detail below, Cloudflare's authoritative nameserver and reverse proxy functions provide protection against DDoS attacks and other threats.

8.      Viruses and worms can assist in carrying out these and other forms of attacks. Often called "malware" (for "malicious software"), viruses and worms are computer code that infects computers and networks for malicious purposes.  They include code that disables computers and networks, or steals and exports private or secret data (sometimes by "scraping," or downloading and exporting massive amounts of, or even entire contents, of a computer or network).  They also include code that locks computers or networks to block their owners' access to data until the owners pay ransoms (this malicious code is called "ransomware").  "Bots" frequently disseminate malware to computers, devices, networks, and the Internet.  They are automated programs that install themselves in computers or networks to use them to launch attacks and deliver malicious code in turn to other computers or networks.  When bots corrupt other networks, they create "botnets" to multiply their paths of attack across the Internet. Because bots take advantage of vulnerabilities of some computers or networks to attack and infect other computers or networks, protection of one computer or network helps protect other computers and networks and the people who use and depend on them.

### Cloudflare's Reverse Proxy Services

9.      The principal way that Cloudflare protects against Internet attacks is by mediating traffic between users and Internet properties, allowing Cloudflare's systems to inspect incoming requests to its customers' Internet properties for malicious activity.

10.     Before using Cloudflare's services, a website operator must first have gone through all the steps of making its website available online—such as securing an Internet Service Provider, obtaining a domain name, and storing the resources (e.g., the images, graphics, and text) that make-up its website on a server connected to the Internet.  At that point, visitors access the content on that website by sending a request through their browsers to the website's server. If the website operator wants to add Cloudflare's services, it designates Cloudflare as the authoritative nameserver for the website domain.  The customer records this change with the registrar from which it bought (or leases) the domain (for instance, GoDaddy.com).  This change causes requests from the visitor's browser to pass through Cloudflare first.  This function is known as "reverse proxying."  This service allows Cloudflare to protect the website's host server by stopping malicious traffic before it can reach, and harm, the host server.  If Cloudflare detects no threats, it simply relays the traffic.  Here is a simplified illustration of Cloudflare's reverse proxy service:



*Figure 1: Internet traffic with Cloudflare*

11.     Before a customer starts using Cloudflare's services, and if a customer stops using Cloudflare's services, traffic flows between the user's device and the website's servers without Cloudflare, as shown in the simplified illustration below:



*Figure 2: Internet traffic without Cloudflare*

12.     When a customer designates Cloudflare's nameserver as the authoritative nameserver for the website, Cloudflare does not receive any information about the content that is on that website.  Designating Cloudflare as the authoritative nameserver does not change anything about the website itself: it does not add any materials to that website, it does not take away any materials from that website, and it does not change website owner information on the WHOIS directory; the registrar and host remain the same, as do all the materials that appear on the website.  **Exhibit 2** is a compilation of webpages from the Cloudflare Support center describing how Cloudflare's services work and how a customer sets up an account.

13.     Once a customer designates Cloudflare as the authoritative nameserver for a website, later requests for the website generally pass through Cloudflare's network of data centers or "points of presence" (PoPs) around the world.  Without a service like Cloudflare, when a user requests a URL, the user's browser would send a query to the domain name system (or DNS) and obtain the IP address for the host server of that website to target a transmission to that website.  For websites that use Cloudflare, however, the initial DNS lookup for a URL returns the IP address of a Cloudflare data center, which causes the traffic to the website to cross through Cloudflare's system for threat detection.  Cloudflare's customers' use of a Cloudflare IP address as a substitute for their own networks or hosting providers' IP addresses is an important technique to safeguard networks and systems from attacks, as detailed below.

14.     Designating Cloudflare as the authoritative nameserver allows Cloudflare to check traffic for characteristics of harmful transmissions, such as DDoS attacks, ransom-based attacks, "bots" and other "malware" that may incapacitate networks, harm computers, or steal data.  Cloudflare then either blocks or relays the traffic to and from websites.  Using automated processes, Cloudflare data centers scan to see if a visitor appears to be a threat based on a number of characteristics, including the visitor's IP address, what resource the visitor is requesting, what type of payload the visitor sends, and how frequently the visitor is making requests.  Thus, a website's domain can designate Cloudflare as its nameserver to direct Internet traffic including malicious attacks to Cloudflare's reverse proxy.  This limits an attacker from

reaching the customer's host servers and overloading its capacity, while permitting non-malicious users to visit the website normally. Cloudflare does not transmit data to and from a customer's website except in response to a request from a user's computer.

15.     Cloudflare currently operates over 200 data centers worldwide. **Exhibit 3** is a printout from the Cloudflare website showing the reach of Cloudflare's network and the locations of the data center that operate within it. Cloudflare utilizes the widely used and non-proprietary "Anycast" method to route incoming requests from visitors of customer websites within its network. Anycast is a method for network addressing and routing that can take incoming requests for a particular website domain and route them to a variety of different locations. If many simultaneous requests to the same origin server are made in a system without Anycast, the host server may become overwhelmed with traffic and thus may not respond efficiently to further requests. With an Anycast network, however, instead of a single origin server taking the brunt of the traffic, the load can be spread across multiple data centers. When someone wants to visit a Cloudflare customer's website, the Anycast method enables that person's Internet service provider (ISP) to choose where to access Cloudflare's system based on speed or the cost of various transmission routes; Anycast typically routes incoming traffic to the nearest available Cloudflare data center. That said, the ISP will route traffic based on its own considerations and objectives, and it may select a more circuitous path if doing so suits its purposes (for instance, to use a cheaper path to reduce its transmission costs).

**Contrasting Cloudflare with Other Online Services**

16.     To understand Cloudflare's services, it is important to understand the different types of computer servers that are relevant to the provision of Internet services. In simple terms, a server is a computer program or a piece of hardware that provides functionality for other programs or devices. There are primarily three types of Internet servers that transmit data related to websites: ***nameservers***, ***host servers***, and ***caching servers***. The three types of servers do very different things. ***Nameservers*** help translate the text-based domain name of a website into a numerical address that networks and machines use to point users and Internet browsers in the

direction of other networks and machines and material stored on them.  Stated another way, nameservers give directions by telling a user's personal computer where to look to find the website the user is searching for.  Thus, when a user types into a browser "www.cand.uscourts.gov," the browser will send a query to find the numerical address associated with the website—whether that is an IP address of a government network, of a commercial hosting service the government may use, or a security service like Cloudflare that handles traffic to the website—and will then communicate through that numerical address.

17.     **Host servers** are servers—i.e., a physical piece of hardware—that store and make available a website's content.  This is what many people think of when the term "server" is used in the context of websites on the Internet.

18.     Caches are an extremely common feature of Internet transmissions at several points in cloud-based services, like consumers' web browsers, and routers providing Wi-Fi access points such as in hotel lobbies or on airplanes.  **Caching servers** are servers that temporarily mirror certain content, typically for a few hours, before being cleared.  Cache servers help reduce the load on a host server and improve the time it takes for website content from the host server to reach the end users in a particular geographic area.  Generally, the more geographically distant an end user is from a server, the longer it takes for data (traveling at or near the speed of light) from that server to reach that end user.  A caching server that is located nearer to the end user than the host server shortens the physical distance that the host's content must travel, and therefore —all other factors being equal—shortens the time it takes for the data to load in an end user's browser.  Caching servers are thus part of the infrastructure or backbone of the Internet, in that they help deliver Internet-related data from host servers to end users as efficiently as possible.  Caching data closer to end users significantly reduces load on core components of the Internet by avoiding repeated retransmission of the same data that end users are repeatedly requesting from a website.  For example, the https://www.cand.uscourts.gov/ website is on an Amazon Web Services host server in San Jose, CA.  When users on the east coast of the United States visit the website, each request requires data for the website to be

retransmitted across networks to arrive at the visitor's browser, increasing traffic on core Internet infrastructure. This traffic includes data that does not frequently change, such as the court's banner image at the top of each webpage, which is likely the largest single file on the homepage. Without caching, this data is retransmitted repeatedly over core Internet infrastructure to each visitor of the website, even though the data that makes up that image has not changed since February 1, 2021 (5 months ago). Caching limits that repeated retransmission of the same data. Across millions of websites and geographically dispersed users, caching has become critical to efficient use and protection of the Internet's core infrastructure.

19.   The intent of a caching server is to deliver selected categories of content, such as JavaScript files and images, that the host server makes available online, without having to send traffic seeking the same content to and from the host server repeatedly. To draw an analogy, a caching server is like a mirror reflecting an object's image. Removing the object eliminates the mirrored data, but removing the mirror has no effect on the object itself. Thus, removing a host server's content also removes the cached data, whereas removing the cache data has no effect on the content sitting on the host server, which continues to make content available to Internet users.

20.   With the exception of certain specialized services to certain customers, Cloudflare generally does not provide web hosting services. While Cloudflare's services improve the performance and security of websites, they are not essential to the creation, maintenance, or transmission of any websites. Instead, a person who seeks to use Cloudflare's services to improve transmission and security for a website must already have a complete existing website including a hosting capability or service; connection to the Internet, usually through an ISP; and all the equipment and software necessary to run the website. If Cloudflare's services are turned off for a given customer, the customer's website remains, unchanged, on the origin (or host) server, although it may become vulnerable to malicious attacks.

## Cloudflare's CDN and System Caching

21.     Historically, providing a reverse proxy service, which adds a link in the transmission path to and from websites, slowed the traffic.  Cloudflare addresses that issue by utilizing a content delivery network ("CDN") and other optimization technologies to speed traffic, allowing Cloudflare to improve security without hurting, and in fact improving, website performance.

22.     To carry out its services, Cloudflare operates one of the largest content delivery networks (or CDNs) on the Internet, similar to those of Akamai and Amazon Web Services' CloudFront service.  Cloudflare's service provides caching of "static content" to help reduce bandwidth usage and the number of requests to websites, which can improve the speed by which users may load material from Cloudflare customers.  "Static content" refers to files on a server that are the same every time they are delivered to users, such as a photo in a newspaper article. In contrast, "dynamic content" refers to content that changes based on factors specific to the user, such as time of visit or location.  CDN services are a major feature of the Internet ecosystem, helping the Internet work faster and more efficiently.  Cloudflare's network acts as a pass-through (or conduit) for transmission of virtually any kind of data on the Internet or mobile networks, typically between a customer's website and a visitor to that website.  As part of its system, Cloudflare also provides authoritative domain name system (or "authoritative DNS") services, similar to those provided by companies like Oracle.  Cloudflare powers over 38% of managed DNS systems.

23.     As I explained earlier, Cloudflare's caching servers temporarily store certain assets from a customer's website and transmit them to visitors of that website.  This is how the process works.  When a particular Cloudflare data center receives a request from a browser to access material content on a website of one of its customers, Cloudflare's system will first check the caching servers at that location to see whether they already have any of the material on that website, assuming that the customer has configured Cloudflare to cache the requested material. If so, Cloudflare will transmit that specific material to the visitor immediately.  If not, Cloudflare

may fetch the requested material from the origin server for the customer's website, relay the material to the visitor through its own network, and then "cache" or hold certain material in case another visitor makes the same request to that data center.[1]  Cloudflare's system does not originate the online availability of any of the materials on the caching servers in its data centers; all cached material comes from customer websites that first made the material available.  Where a user seeks material through a Cloudflare point of presence that has not already cached the material or received a request recently, the system will fetch and relay the material from the Cloudflare customer's website without caching it.  When multiple users request the same material through the same point of presence in a short time, Cloudflare's system will respond by temporarily keeping material in cache for anticipated future requests and transmitting material from caches in response to further requests.

24.     This process is entirely machine controlled and automated.  No persons at Cloudflare review or decide what materials to cache.  By default, Cloudflare's caching services only cache specific types of static files and web content, such as Microsoft Word documents and images in various formats, including .jpg files.  Cloudflare stores these cache versions of frequently requested files for only a short period of time; generally a cache will persist no longer than 2 hours before Cloudflare automatically clears the material or refreshes it from the originating website.  When the source changes the material, Cloudflare's cache "refreshes" to match the change.  Caching technology uses a concept called time to live (TTL), which regulates the duration of a cache.  In Cloudflare's case, its customers typically set the TTL.  Once the TTL expires, Cloudflare's system purges the material from the cache (if it has not been purged earlier).  As a practical matter even if TTL has not expired, Cloudflare's system does not maintain a cache for materials that do not have sufficient demand.  In other words, TTL is the outer limit of a cache's duration and Cloudflare may purge the cache sooner to reduce inefficient

---

[1] Cloudflare also has an optional "tiered caching" feature for paid customers, by which one data center may retrieve and transmit data from the cache of another data center, but none of the websites at issue in this case have tiered caching.

or unnecessary storage.

25.     Cloudflare does not permanently store any customer websites or material on its caching servers.  Cloudflare's system automatically removes materials from its cache when the material has been removed from a host server.  Cloudflare's caching services use generally accepted industry standard data communications protocols, and Cloudflare complies with rules concerning the refreshing, reloading, or other updating of cached material specified by customer websites consistent with those protocols.

## Effect of Cloudflare's Services on Individual Website Performance

26.     Caching is ubiquitous in modern Internet communications.  For example, the infrastructure for public or personal Wi-Fi service (on airplanes, at the mall, or in hotel lobbies, for instance) uses a caching and response process that caches frequently requested content.  Web browsers such as Google Chrome and Mozilla Firefox also commonly apply local caching techniques to improve browser performance and access to Web content.  This improves loading times, enhances the user's experience, and reduces the load that the Wi-Fi service provider's infrastructure bears.  This is, in part, the reason why the home pages for popular websites (such as abcnews.go.com) often load quickly in a user's browser, even if the user has not visited that website before; that home page may be cached on the nearest infrastructure of the user's Internet service provider.

27.     The actual speed difference that Cloudflare provides for a particular user request for particular material from a particular website depends upon a number of factors.  These factors include, but are not limited to, the location of host servers for the website; the location from which the visitor requests access to the website; the distance from the Cloudflare data centers to the visitor's location; the visitor's Internet service provider and connection speed (fiber, cable, satellite, DSL, airborne, mobile, Wi-Fi, or dial-up) at the time of the access; the web traffic and bandwidth constraints over that connection; the browser application that the visitor is using and the settings for that browser; the visitor's equipment, such as a computer or other device that the visitor uses, and the memory and processing power of the computer or device; the local networks

that the visitor employs to access the Internet and the traffic on those networks (for example the number of persons sharing Wi-Fi access in a coffee shop, a plane, or a home); the network equipment such as a router and factors such as the visitor's distance from local network resources; the settings that the Cloudflare customer has chosen for the website, including whether and to what extent Cloudflare provides services with respect to the data and the particular webpage associated with the data; and whether the requested data appears in the caching servers at the optimal Cloudflare data center at the time of the visitor's access.

28.     Caching typically improves individual image or page loading times by milliseconds (thousandths of a second).  But across the entire Internet the aggregation of small efficiencies can be substantial and make the Internet overall more efficient.  Caching services assist the general health and performance of the Internet by, among other things, reducing traffic, reducing spikes in overall data transmissions in response to the same requests from multiple sources, and adding a layer of protection against DDoS attacks.  Caching services help make the entire Internet more reliable and resilient by ensuring that its shared resources are used efficiently and can cope with unforeseen demand.

### Cloudflare's Services Improve The Reliability of the Internet

29.     The entire Internet and all its users benefit by having companies like Cloudflare protect as many types of networks and websites, and as many of both, as possible.  It also benefits the Internet ecosystem for individual security companies like Cloudflare to have the broadest possible customer bases to capture the most data about the operation, functionality, and performance of the Internet as well as about the presence of threats transmitted over the Internet. And because bots take advantage of vulnerabilities of some computers or networks to attack and infect other computers or networks, protection of even one additional computer, website, or network helps protect other computers, websites, and networks.  This is true even for small websites.  For example, hackers often test a new attack against smaller sites before they attack a major enterprise or critical facility.  Detection of these attacks in nascent stages helps Cloudflare develop responses to the threats before they jeopardize larger sites and larger segments of the

networks to which they belong.  This is one of the reasons Cloudflare provides its services to millions of properties at no cost.  Cloudflare's free service to many customers thus contributes to the security of the entire Internet and its users.  Every additional protected site eliminates one potential source of harm to the Internet and the people who depend on it every day.

## Cloudflare Does Not Control its Customers' Websites or Their Content

30.     Cloudflare carries out all transmissions, routing, provision of connections, and any transient storage that occurs on its systems and in its data centers through automated technical processes that respond to requests from users or computers.  Cloudflare does not select any materials in its system, or the recipients of the materials, except as an automatic response to the request of someone else.  Cloudflare does not maintain any reproductions of materials that its automated processes make in the course of intermediate or transient storage on the Cloudflare system or network in a manner ordinarily accessible to anyone other than anticipated recipients, and it does not maintain such materials for a longer period than is reasonably necessary for the transmission, routing, or provision of connections to anticipated recipients.

31.     Cloudflare has no control over what specific materials pass through, or are cached in, its system and network.  Nor does Cloudflare have any ability to monitor or control what image, sound, text, or video materials appear on third party websites that use Cloudflare's services.  Cloudflare cannot control or monitor the materials that users for a customer's website choose to upload to that website.  Cloudflare cannot edit its customers' websites, and it cannot provide visitors with "edited" experiences of its customers' websites.  Cloudflare has no capability, either technical or practical, to identify any data that may appear on a customer's website as potentially infringing or even as matching data that constitute particular images. Cloudflare's services also do not alter the substance, or content, of its customers' websites. Similarly, Cloudflare caches materials, and transmits cached materials within the Cloudflare network, without modification of the content or appearance of the material.  Cloudflare does not take any measures that prevent a copyright holder from identifying materials that appear on a

Cloudflare customer's website as its own:  Cloudflare does not change or remove watermarks or alter the appearance of images that pass through its network.

32.     For optimization and protection purposes, Cloudflare may compress data, insert metadata with codes, and "obfuscate" email addresses so that persons but not bots can see them. These processes do not change anything about websites themselves or their appearance.  To visitors, a website will appear the same with or without Cloudflare's services.  If Cloudflare detects that a customer web page may contain malicious code or threats, it may cause a preliminary (or "interstitial") page to appear with a caution to the visitor.  But this does not alter anything about the webpage itself and the visitor may proceed to the page at his or her own risk.

33.     Cloudflare's services do not interfere with how visitors, website hosts, and other users of websites interact with those websites.  For instance, if a website requires users to enter log-in credentials, such as a username and password, or other information (for instance, payment information) to access certain materials, Cloudflare will permit access to cached versions of those materials (to the extent such materials exist in Cloudflare caching servers at a relevant data center) only to persons who have entered valid credentials.  Similarly, Cloudflare's services do not interfere with a website host's ability to receive information back from visitors to the website, if any.  As a general matter, a website host using Cloudflare's services will be able to obtain from a website's visitors the same information that would have been available to that host if the material had been obtained directly from the host server.  Moreover, Cloudflare's services in no way interfere with a copyright owner's ability to review and examine a website that uses Cloudflare services for potentially infringing materials.

### Cloudflare's Inability to Limit Allegedly Infringing Materials on Websites

34.     Cloudflare's services are general-purpose, and they equally protect websites of all sorts and with all types of data or material.  Cloudflare's services work the same way for websites that may contain allegedly infringing materials as they do for the tens of millions of sites that do not, and they in no way optimize for infringement.  Cloudflare's business income does not relate to any particular types of data or traffic crossing its system.

35.     Cloudflare's services are different from other, more commonly known, online services.  Cloudflare's services operate several layers lower in the Internet's architecture (or the Internet Protocol "stack") than websites or platforms themselves and form part of the Internet's infrastructure.  This differs from Internet access services, like ones provided by Comcast/Xfinity, Charter, or AT&T to businesses and consumers that allow customers or other users to access the Internet.  Cloudflare's customers must have their own Internet access provider to access the Internet.  Cloudflare's services also differ from services of hosting providers, like those provided by GoDaddy, Amazon Web Services, Google Cloud Platform, BlueHost, HostGator, and 1&1, which store their customers' website and provide public access to them.  Cloudflare's services also differ from social media platforms (like Facebook and Twitter), consumer user-generated content storage services (like YouTube or Flickr), or search engines that host or curate content, enable users to search for it, or analyze data for promoting, locating, ranking, or marketing material (like Google or Bing).

36.     Because of the fundamental differences in services they provide, service providers can affect access to websites and their content differently.

a.      A hosting service provider operates the servers on which websites reside and from which their content is delivered.  Having a computer on which a website originates is essential to a website's function.  Although Cloudflare does offer some services that host content, none of those services were used by the websites at issue in this case.  A host can therefore remove content from a website, or remove a website altogether.  For websites like the ones in this case that Cloudflare does not host, Cloudflare cannot do this.

b.      A website also needs an "ISP" or "Internet service provider" to gain access to the Internet.  An "ISP" that provides Internet access can block access to a hosting provider, preventing any of the websites on its servers from reaching the Internet.  Cloudflare cannot do this.

c.      Websites also require domain names.  A functioning domain name requires the services of a domain name registry and domain name registrar.  A domain name registry is an organization that manages top-level domain names.  For example, Verisign manages the registration of .com domain names.  Verisign can seize control of .com domain names.  Cloudflare cannot do this.  A domain name registrar is an organization that leases domain names to the public.  A domain name registrar can permanently seize or lock access to a domain name, or redirect traffic to another location, so that anyone visiting that URL will not be directed to the website.  For the websites accused in this lawsuit, Cloudflare cannot do this.  Although Cloudflare recently began offering domain name registrar services, it did not provide those services to any of the websites accused in this lawsuit.

d.      Search engines like Google and Bing help people find websites.  Those search engines can "delist" websites or block them from appearing in search results, making them much harder to find.  Cloudflare cannot do this.

e.      Websites that accept payments depend on payment processors to facilitate transactions and make money.  Payment processors can block payments or seize accounts.  Cloudflare cannot do this.

37.    In contrast to many of the services I describe above, Cloudflare's service is not essential for the operation of websites or to infringement or counterfeiting.  As I describe above, to start using Cloudflare services, a customer must already have a website on a server with an ISP and a domain name.  Without Cloudflare's service, Cloudflare's customers would still have those essential services.  Those websites can still have access to the Internet, can still be hosted on the Web, and can still be accessed by Internet users.  Cloudflare's services increase the security and reliability of those other services.  But Cloudflare's services at issue in this lawsuit

cannot control what content its customers or their hosting providers maintain on customers' websites and cannot remove content from their customers' websites.  Nor do Cloudflare's services at issue allow others to search the Web for content (including images) or control or affect what content from their customers appears in search engines.

38.     Cloudflare does not host the images at issue and has no way of removing materials from third-party hosting services.  Cloudflare has no practical ability to take down or disable web pages, websites, or particular materials (like specific images) on web pages or websites.  Cloudflare has no practical ability to stop or to limit the availability of any particular materials on third party websites or webpages.  Cloudflare's system handles approximately 10 million requests per second.  Cloudflare does not, and cannot, feasibly monitor the data that is transmitted over its systems or that appear on customers' websites or web pages for copyright infringement or for the specific content of any material.

39.     Cloudflare has no way of removing materials from, or restoring material to, its customers' websites.  If a customer or host removes material from the origin server for a website, Cloudflare will automatically clear any cached material from its caching servers.  By contrast, if Cloudflare removes the same material from its caching servers at a particular data center, the material will still remain on the host server for the website and may reappear in Cloudflare's caching servers at that data center when visitors send requests through that data center for that material.  Cloudflare cannot partially terminate service to a customer with respect to only certain traffic based on the identity of particular data (such as an image file) in the traffic.

40.     Since Cloudflare's caching servers simply mirror a subset of the materials that appear on the host server for a website, termination of Cloudflare's service for a particular website has no effect on the appearance of the website or the availability of the materials on it.  If Cloudflare were to terminate service to a customer after notice to a customer that it would do so, the customer could reconfigure traffic to its website upon Cloudflare's termination.  If Cloudflare were to terminate service to a customer by surprise, the customer could quickly (often in less than one hour) reconfigure its traffic to its website directly or through another provider.

Moreover, the customer could immediately find ways to make its IP address known publicly and could disable firewall rules that permitted access only from trusted sources like Cloudflare. Terminating Cloudflare's service merely makes a website more vulnerable to malicious attack from hackers and hostile powers, including DDoS attacks that may overwhelm the host server and cause the website to crash.

41.     Termination of Cloudflare's service can even add to infringements.  Loss of service would make customers' websites more vulnerable to "scraping," a tactic that infringers may use to ingest large amounts of material so that they can proliferate the material on other sites. Thus, while terminating services for a customer account would not stop or limit alleged infringements, it could make infringements worse.

42.     I understand that Plaintiffs suggest what they call "simple steps" that Cloudflare can take to stop alleged copyright infringement.  I disagree that these are simple steps for Cloudflare or that they would stop the alleged infringements, for the reasons I have described above.  Plaintiffs proposes terminating services to the website, but whether Cloudflare terminates caching services or all services, that website will remain available for visitors to access—but it will become insecure and might become both a target and a vehicle for cyberattacks.  Plaintiffs also proposes blocking all traffic to the website or selectively blocking traffic serving certain accused content.  Blocking traffic is just another way of terminating services since the customer will simply turn off Cloudflare's services.  And Cloudflare does not have the ability to filter and block particular data among the millions of requests it handles per second.  I understand Plaintiffs have also suggested Cloudflare could surreptitiously access a customer's account, without permission, and change its security settings.  That would be a drastic breach of Cloudflare's obligations to its customers and to its mission of promoting security.  If Cloudflare did that, that customer could simply stop using Cloudflare's service, which is optional and not necessary for the website's function or availability.  But in any event, even assuming Cloudflare took that step, it—like all of Plaintiffs' proposals—would not stop the alleged infringement.  The

customer would be able to quickly turn off our services and resume its website operations without Cloudflare's services.

43.     I also understand that Plaintiffs have suggested that Cloudflare could disable caching for either the entire websites or for the particular images that Plaintiffs accuse of infringement.  But disabling caching, as with the other measures described above, would not prevent access to the allegedly infringing content.  And, as described above, eliminating caching also presents security and reliability risks to the network, which go beyond the website in question.

<strong><u>Cloudflare's Polish Service</u></strong>

44.     Cloudflare offers Polish, an image optimization service, as an optional, paid service, which its customers can enable and configure.  I understand that Dr. Jonyer reviewed explanations of Polish from Cloudflare's Support Center and concluded that Cloudflare's Polish Service modifies the content of images.  In fact, however, Cloudflare's Polish service does not modify the content of images.  It optimizes transmission of the cached image without changing the content of the image itself.

45.     If enabled, Polish strips certain metadata and applies compression for cached images.  The "content" of the cached image is the substance of the image, not the metadata.  Metadata is data about the "content" of the cached image, such as a file name or time of a capture.  Metadata may be altered or removed without altering the content of the image itself.  Compression reduces the size of a file (such as an image) to make its storage or transmission more efficient, not to alter the content or the substance.  Recompression does the same.

46.     If an image is a picture of a white rose, that picture is the "content."  Metadata may add a description but do not alter the content.  Compression does not turn the image into a different picture.  Nor does recompression.

47.     **Exhibit 4** is a printout of the webpage from the Cloudflare Support center describing how Polish works that Dr. Jonyer cites.  It depicts an image with Polish applied against the original.  If a customer's website displays an image of a kangaroo, as depicted in

Exhibit 4, that image will appear as the same image of the same kangaroo whether Polish is enabled and applied or not.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 23rd day of June, 2021.

Albert Lee Guinn III