ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
MEGHAN E. FENZEL (CSB No. 324139)
mfenzel@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:   650.988.8500
Facsimile:   650.938.5200

JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MON CHERI BRIDALS, LLC, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CLOUDFLARE, INC., and DOES 1–500, Inclusive,<br><br>　　　　　Defendants. | Case No.: 19-cv-01356-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CLOUDFLARE, INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:　　September 16, 2021<br>Time:　　10:00 a.m.<br>Courtroom:　4<br>Judge:　　Hon. Vince Chhabria |

**[PROPOSED] ORDER**

Having considered Cloudflare's Request for Judicial Notice of Exhibits 24–41 to the Declaration of Andrew P. Bridges in support of Defendant Cloudflare, Inc.'s Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment, and good cause appearing, the request for judicial notice is hereby GRANTED. The Court takes judicial notice of the designated court filings and orders as matters of public record. Fed. R. Evid. 201(b).

**IT IS SO ORDERED**.

Dated: _____

_____
Honorable Vince Chhabria
United States District Judge