Robert B. Owens, Esq. (Bar No. 77671)
rowens@ogrlaw.com
**OWENS & GACH RAY**
10323 Santa Monica Blvd., Suite #102
Los Angeles, CA 90025
Ph: (310) 553-6611
Fax: (310) 954-9191

Craig S. Hilliard, Esq.
chilliard@stark-stark.com
Gene Markin, Esq.
gmarkin@stark-stark.com
**STARK & STARK, P.C.**
993 Lenox Drive, Bldg. Two
Lawrenceville, NJ 08648
Ph: (609) 895-7248
Fax: (609) 895-7395
(*Pro Hac Vice* Applications Granted)

*Attorneys for Plaintiffs*
*Mon Cheri Bridals, LLC and*
*Maggie Sottero Designs, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| **MON CHERI BRIDALS, LLC** and MAGGIE SOTTERO DESIGNS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> **CLOUDFLARE, INC**., a Delaware corporation; and DOES 1-10, Inclusive, <br><br> Defendants. | Case No. 19-CV-01356-VC |

MARKIN SUPP. DECLARATION IN FURTHER SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND OPP. TO CROSS-MOTION FOR SUMMARY JUDGMENT         1         Case No.: 19-CV-01356-VC
4844-6630-1428, v. 1

**SUPPLEMENTAL DECLARATION OF GENE MARKIN, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO CLOUDFLARE'S CROSS-MOTION FOR SUMMARY JUDGMENT**

I, GENE MARKIN, do hereby declare as follows:

1. I am an attorney with the law firm of Stark & Stark, P.C., counsel to Plaintiffs Mon Cheri Bridals, LLC and Maggie Sottero Designs, LLC.

2. I submit this Declaration based upon my personal knowledge, information, and belief in further support of Plaintiffs' Motion for Summary Judgment and in opposition to Defendant Cloudflare, Inc.'s Cross-Motion for Summary Judgment.

3. A true and correct copy of Cloudflare's Written Repeat Infringer Policies (Deposition Exhibit P-22) is attached hereto as **Exhibit QQ**.

4. A true and correct copy of the Deposition Transcript of Justin Paine dated April 30, 2021 is attached hereto as **Exhibit RR**.

5. A true and correct copy of Cloudflare's Repeat Infringer Reports for July-December 2019 (Deposition Exhibit P-51), is attached hereto as **Exhibit SS**.

6. A true and correct copy of Cloudflare's Repeat Infringer Reports for February-May 2020 (Deposition Exhibit P-52), is attached hereto as **Exhibit TT.**

7.     A true and correct copy of Cloudflare's Spreadsheet of Terminated Domains (Deposition Exhibit P-58, Bates Marked CLOUDFLARE-MCB00141069), is attached hereto as **Exhibit UU**.

8.     A true and correct copy of Cloudflare's Terms of Use dated January 5, 2016 (Deposition Exhibit P-8), is attached hereto as **Exhibit VV**.

9.     A true and correct copy of Cloudflare's Terms of Use dated January 14, 2017 (Deposition Exhibit P-9), is attached hereto as **Exhibit WW**.

10.     A true and correct copy of Cloudflare's Terms of Use dated January 21, 2018 (Deposition Exhibit P-10), is attached hereto as **Exhibit XX**

11.     A true and correct copy of Cloudflare's Self-Serve Subscription Agreement effective October 26, 2018 (Deposition Exhibit P-11), is attached hereto as **Exhibit YY**.

12.     A true and correct copy of Cloudflare's Self-Serve Subscription Agreement effective January 15, 2020 (Deposition Exhibit P-12), is attached hereto as **Exhibit ZZ**.

13.     A true and correct copy of the Expert Rebuttal Report of Istvan Jonyer, Ph.D dated August 19, 2020 is attached hereto as **Exhibit AAA**.

14.     A true and correct copy of the Deposition Transcript of Istvan Jonyer, Ph.D dated April 29, 2021 is attached hereto as **Exhibit BBB**.

15.     A true and correct copy of the Summary Judgment Decision in *ALS Scan, Inc. v. Cloudflare, Inc., et al.*, Case No. 2:16-cv-5051 (C.D. Cal. Mar. 13, 2018) is attached hereto as **Exhibit CCC**.

16. A true and correct copy of Examples of Notices to Cloudflare re Infringement of Images Registered Prior to Discovery of Infringement is attached hereto as **Exhibit DDD.**

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing statements are true and correct.

                                                  /s/ *Gene Markin*
                                                  GENE MARKIN, ESQ.

Dated:  July 28, 2021