Robert B. Owens, Esq. (Bar No. 77671)
rowens@ogrlaw.com
**OWENS & GACH RAY**
10323 Santa Monica Blvd., Suite #102
Los Angeles, CA 90025
Ph: (310) 553-6611
Fax: (310) 954-9191

Craig S. Hilliard, Esq.
chilliard@stark-stark.com
Gene Markin, Esq.
gmarkin@stark-stark.com
**STARK & STARK, P.C.**
993 Lenox Drive, Bldg. Two
Lawrenceville, NJ 08648
Ph: (609) 895-7248
Fax: (609) 895-7395
(*Pro Hac Vice* Applications Granted)

*Attorneys for Plaintiffs*
*Mon Cheri Bridals, LLC and*
*Maggie Sottero Designs, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| **MON CHERI BRIDALS, LLC** and MAGGIE SOTTERO DESIGNS, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> **CLOUDFLARE, INC**., a Delaware corporation; and DOES 1-10, Inclusive, <br><br> Defendants. | Case No. 19-CV-01356-VC |

1

## DECLARATION OF DANNY CARDOZO IN OPPOSITION TO CLOUDFLARE'S CROSS-MOTION FOR SUMMARY JUDGMENT

I, Danny Cardozo, do hereby declare as follows:

1. I am a professional photographer and have worked for Maggie Sottero Designs, LLC ("Maggie Sottero") in this capacity during the years May 2014 through August 2021.

2. I submit this Declaration based upon my personal knowledge, information, and belief in opposition to Cloudflare's Cross-Motion for Summary Judgment.

3. Maggie Sottero has previously engaged me to take photographs of models wearing Maggie Sottero dresses. The engagement involved me signing work-for-hire agreements whereby I agreed to take photographs on a work-for-hire basis and to assign any ownership rights and copyrights in the photographs to Maggie Sottero. I have never disputed and do not intend to dispute Maggie Sottero's ownership of the photographs I took for Maggie Sottero`.

4. I have reviewed *Exhibit C* to the Declaration of Suren Ter-Saakov (the "Ter-Saakov Decl."), which contains reproductions of various photographs taken by me.

5. I understand and agree that those images are owned by Maggie Sottero who has filed for and obtained valid copyright registrations. I have no ownership claim to those images as they were commissioned work-for-hire projects and I knowingly and voluntarily assigned all my ownership interests and copyrights in the images to Maggie Sottero.

6. Accordingly, I agree and attest that Maggie Sottero is the owner of the copyrights in the Maggie Sottero images I took contained in *Exhibit C* to the Ter-Saakov Decl.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing statements are true and correct.

_____
[NAME]

Dated:  07/28/2021