Robert B. Owens, Esq. (Bar No. 77671)
rowens@ogrlaw.com
**OWENS & GACH RAY**
269 South Beverly Drive, #1074
Beverly Hills, CA 90025
Ph: (310) 553-6611
Fax: (310) 954-9191

Craig S. Hilliard, Esq. (Admitted Pro Hac Vice)
chilliard@stark-stark.com
Gene Markin, Esq. (Admitted Pro Hac Vice)
gmarkin@stark-stark.com
**STARK & STARK, P.C.**
993 Lenox Drive, Bldg. Two
Lawrenceville, NJ 08648
Ph: (609) 895-7346
Fax: (609) 895-7395

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MON CHERI BRIDALS, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CLOUDFLARE, INC., <br><br> Defendant. | Case No.: 19-cv-01356-VC <br><br> **PLAINTIFFS' RESPONSE TO DEFENDANT CLOUDFLARE'S ADMINISTRATIVE MOTION REQUESTING ADDITIONAL PAGES FOR MOTION IN LIMINE FOR EXCLUSION OF EXPERT TESTIMONY** |

Plaintiffs Mon Cheri Bridals, LLC and Maggie Sottero Designs, LLC, (collectively "Plaintiffs") oppose Defendant Cloudflare's administrative motion requesting additional pages for its anticipated motion in limine to exclude Plaintiffs' expert testimony. Cloudflare bases its motion on the length of the experts' report, however, fails to appreciate that the expert's actual opinions

are confined to just 15 pages in the report – the rest being background and informative summaries. Therefore, there is no good reason to extend the limit beyond the 5-pages prescribed by the Court's Standing Order for Civil Trials ¶¶ 3-6. Nevertheless, should the Court decide to grant Cloudflare's request to enlarge the page limit to 15-pages, Plaintiffs request they be allowed the same number of pages for their response papers.

Dated:  September 17, 2021                              Respectfully submitted,

                                            By:     /s/ *Gene Markin*
                                                    Gene Markin, Esq.
                                                    **STARK & STARK, P.C.**
                                                    993 Lenox Drive
                                                    Lawrenceville, NJ 08648
                                                    (609) 895-7248

                                                    *Attorneys for Plaintiffs*