ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
MEGHAN E. FENZEL (CSB No. 324139)
mfenzel@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

ROBERT B. OWENS (CSB No. 77671)
rowens@ogrlaw.com
OWENS & GACH RAY
269 South Beverly Drive, #1074
Beverly Hills, CA 90212
Telephone: (310) 553-6611
Facsimile: (310) 954-9191

CRAIG S. HILLIARD (*Pro Hac Vice*)
chilliard@stark-stark.com
GENE MARKIN (*Pro Hac Vice*)
gmarkin@stark-stark.com
STARK & STARK, P.C.
993 Lenox Drive, Bldg. Two
Lawrenceville, NJ 08648
Telephone: (609) 895-7346
Facsimile: (609) 895-7395

Attorneys for Plaintiffs
MON CHERI BRIDALS, LLC and
MAGGIE SOTTERO DESIGNS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MON CHERI BRIDALS, LLC, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CLOUDFLARE, INC., and DOES 1–500, Inclusive,<br><br>　　　　　　　Defendants. | Case No.: 19-cv-01356-VC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:　　　October 27, 2021<br>Time:　　　1:00 p.m.<br>Judge:　　The Honorable Vince Chhabria |

Pursuant to Civil Local Rule 16-10(d), the parties submit this joint statement in advance of the case management conference scheduled for October 27, 2021.

In the Court's Order Denying Plaintiffs' Motion for Summary Judgment and Granting Defendant Cloudflare's Motion for Summary Judgment, the Court noted that plaintiffs initially moved for summary judgment against the Doe defendants "but abandoned this motion in their reply brief." Dkt. 151 1 n.1. Plaintiffs disagree they have "abandoned" their motion for summary judgment seeking a finding of underlying copyright infringement by the Doe defendants. The Court scheduled a case management conference "to discuss what's left of the case." *Id*.

The Court's summary judgment order resolves all claims by Plaintiffs against Cloudflare, and Cloudflare has not asserted counterclaims. The only remaining claims are by Plaintiffs against the Doe Defendants. Plaintiffs have not served the Complaint or Amended Complaint on the Doe Defendants (and no Answer on behalf of any of the Doe Defendants has been filed), and Plaintiffs do not intend to pursue their claims against them – which Plaintiffs contend were brought simply to establish underlying copyright infringement for purposes of adjudicating Cloudflare's contributory liability. Accordingly, following the dismissal of the Doe Defendants without prejudice, no claims will remain in the case, and the Court may then enter judgment on Plaintiffs' claims against Cloudflare.

Following entry of judgment, Cloudflare also reserves the right to bring a motion for attorneys' fees and costs pursuant to Federal Rule of Civil Procedure 54 and 17 U.S.C. § 505, which Plaintiffs will oppose. At this point the parties do not believe that ADR would be beneficial.

Dated: October 20, 2021

/s/ *Jedediah Wakefield*

Jedediah Wakefield (No. 178058)
jwakefield@fenwick.com
Sapna Mehta (No. 288238)
smehta@fenwick.com
Matthew B. Becker (No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Andrew P. Bridges (No. 122761)
abridges@fenwick.com
Meghan Fenzel (No. 324139)
mfenzel@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendant
CLOUDFLARE, INC.

Dated: October 20, 2021

*/s/ Gene Markin*

Craig S. Hilliard (pro hac vice)
chilliard@stark-stark.com
Gene Markin
gmarkin@stark-stark.com
STARK & STARK, P.C.
993 Lenox Drive, Bldg. Two
Lawrenceville, NJ 08648-2389
Telephone: (310) 553-6611
Facsimile: (310) 954-9191

Robert B. Owens (No. 77671)
rowens@ocrlaw.com
OWENS & GACH RAY
269 South Beverly Drive, #1074
Beverly Hills, CA 90212

Telephone: (310) 553-6611
Facsimile:  (310) 954-9191


Attorneys for Plaintiffs
Mon Cheri Bridals, LLC and Maggie Sottero Designs, LLC

## ATTESTATION OF SIGNATURES

The undersigned attests that concurrence in the filing of the foregoing document was obtained from all signatories.

*/s/Jedediah Wakefield*
Jedediah Wakefield