ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
MEGHAN E. FENZEL (CSB No. 324139)
mfenzel@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:     650.988.8500
Facsimile:      650.938.5200

JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MON CHERI BRIDALS, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CLOUDFLARE, INC., and DOES 1–500, Inclusive, <br><br> Defendants. | Case No.: 19-cv-01356-VC <br><br> **SUPPLEMENTAL DECLARATION OF JEDEDIAH WAKEFIELD IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL [PURSUANT TO COURT ORDER AT DKT 155]** <br><br> Judge:     Hon. Vince Chhabria |

I, Jedediah Wakefield, declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted to practice in the State of California and am a partner in the law firm of Fenwick & West LLP, counsel for Defendant Cloudflare, Inc. I submit this declaration as the Court directed in its October 27, 2021 Minute Order at Docket No. 155 and regarding Plaintiffs' Administrative Motion to File Under Seal at Docket No. 127.

2. In support of their Motion for Summary Judgment, Plaintiffs filed under seal the following Cloudflare witness deposition transcripts in their entirety:

   a. Deposition Transcript of Albert (Trey) Guinn III dated April 8, 2021, filed as Exhibit O at Dkt. 124-21;

   b. Deposition Transcript of Albert (Trey) Guinn III dated May 7, 2021, filed as Exhibit P at Dkt. 124-22;

   c. Deposition Transcript of Justin Paine dated April 1, 2021, filed as Exhibit N at Dkt. 124-19 and 124-20;

   d. Deposition Transcript of Justin Paine dated April 19, 2021, filed as Exhibit PP at Dkt. 124-49.

3. On June 7, 2021, Cloudflare filed a response and Declaration of Patrick Nemeroff detailing which portions of these transcripts cited by Plaintiffs should remain under seal and why. Dkt. 130, 130-1. Cloudflare incorporates by reference here those June 7 filings.

4. **Exhibit 1** is an excerpted version of the April 8, 2021 Guinn deposition transcript. This excerpted transcript includes only the pages Plaintiffs cited in their Brief in Support of Motion for Summary Judgment. *See* Dkt. 124-1.

5. Consistent with its position in its June 7, 2021 response in support of Plaintiffs' Administrative Motion to Seal, Cloudflare does not seek to file Exhibit 1 under seal. *See* Dkt. 130.

6. **Exhibit 2** is an excerpted version of the May 7, 2021 Guinn deposition transcript. This excerpted transcript includes only the pages Plaintiffs cited in their Brief in Support of Motion for Summary Judgment. *See* Dkt. 124-1.

7. Because the cited portions of the transcript do not overlap with the pages Cloudflare designated under the Protective Order on May 28, 2021, Cloudflare does not seek to file Exhibit 2 under seal.

8. **Exhibit 3** is an excerpted version of the April 1, 2021 Paine deposition transcript. This excerpted transcript includes only the pages Plaintiffs cited in their Brief in Support of Motion for Summary Judgment. *See* Dkt. 124-1.

9. As detailed in Cloudflare's June 7, 2021 response and Nemeroff Declaration, Cloudflare requests to seal portions of Exhibit 3. *See* Dkt. 130, 130-1. Specifically, Cloudflare requests to seal pages 51–57, 59–60, and 64. In those pages, Mr. Paine, Cloudflare's head of Trust &Safety, describes Cloudflare's internal procedures for processing abuse complaints that it receives about its customers. As Cloudflare explained in its June 7 response and the Nemeroff Declaration, "Cloudflare does not disclose this information because, if this information were to become public, it could be manipulated by external parties that intend to abuse or manipulate Cloudflare's system for processing complaints and cause Cloudflare to improperly terminate its services, thereby increasing risks to its users. Public disclosure of this information would thus cause Cloudflare financial or business harm and also harm Cloudflare's users and others who benefit from Cloudflare's security services." *See* Dkt. 130-1 ¶ 3.

10. **Exhibit 4** is an excerpted version of the April 19, 2021 Paine deposition transcript. This excerpted transcript includes only the pages Plaintiffs cited in their Brief in Support of Motion for Summary Judgment. *See* Dkt. 124-1.

11. Consistent with its statements in its June 7, 2021 response in support of Plaintiffs' Administrative Motion to Seal, Cloudflare does not seek to file Exhibit 4 under seal. *See* Dkt. 130.

12. Cloudflare stands by its earlier statements in support of sealing other exhibits Plaintiffs filed under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 3, 2021.

    */s/ Jedediah Wakefield*
Jedediah Wakefield