ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
MEGHAN E. FENZEL (CSB No. 324139)
mfenzel@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MON CHERI BRIDALS, LLC, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CLOUDFLARE, INC., and DOES 1–500, Inclusive,<br><br>　　　　　Defendants. | Case No.: 19-cv-01356-VC<br><br>**SEALED EXHIBIT 3 IN RESPONSE TO MINUTE ORDER RE FURTHER CASE MANAGEMENT CONFERENCE [DKT 155]**<br><br>Judge:　　Hon. Vince Chhabria |

　　　　As the Court directed in its October 27, 2021 Minute Order at Docket No. 155, Defendant

Cloudflare, Inc. respectfully provides the Court with sealed Exhibit 3 to the Supplemental

Declaration of Jedediah Wakefield [Dkt. 156] in response to Plaintiffs' Administrative Motion to

Seal [Dkt 127]. Exhibit 3 is an excerpted version of the April 1, 2021 Justin Paine deposition transcript, which should be filed under seal, as detailed in the concurrently filed Supplemental Declaration.

Dated: November 3, 2021    FENWICK & WEST LLP

By: */s/ Jedediah Wakefield*
ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
MEGHAN E. FENZEL (CSB No. 324139)
mfenzel@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SAPNA MEHTA (CSB No. 288238)
smehta@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant CLOUDFLARE, INC.