ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
MEGHAN E. FENZEL (CSB No. 324139)
mfenzel@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:	650.988.8500
Facsimile:	650.938.5200

JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:	415.875.2300
Facsimile:	415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MON CHERI BRIDALS, LLC, *et al.,*<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CLOUDFLARE, INC., and DOES 1–500, Inclusive,<br><br>　　　　　Defendants. | Case No.: 19-cv-01356-VC<br><br>**CLOUDFLARE, INC.'S NOTICE OF ATTORNEY WITHDRAWAL OF SAPNA MEHTA** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD AND TO THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE** that effective November 19, 2021, Sapna Mehta is no longer affiliated with the firm of Fenwick & West LLP.  For this reason, Cloudflare, Inc. respectfully requests that Ms. Mehta be removed as counsel of record and removed from the master service list in the above-entitled action.  Cloudflare, Inc. remains represented by its other counsel of record at Fenwick & West LLP.

Dated:   November 19, 2021

Respectfully submitted,

FENWICK & WEST LLP


By: /s/ Sapna Mehta
    Sapna Mehta

Attorneys for Defendant
CLOUDFLARE, INC.