ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
MEGHAN E. FENZEL (CSB No. 324139)
mfenzel@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MON CHERI BRIDALS, LLC, *et al.*, <br><br>          Plaintiffs, <br><br>     v. <br><br> CLOUDFLARE, INC., and DOES 1–500, Inclusive, <br><br>          Defendants. | Case No.: 19-cv-01356-VC <br><br> **UNSEALED AND UNREDACTED EXHIBITS 1, 3, AND 4 TO THE DECLARATION OF ANDREW BRIDGES IN RESPONSE TO ORDER GRANTING CLOUDFLARE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT AND EXHIBITS [DKT. 160]** <br><br> Judge:     Hon. Vince Chhabria |

UNSEALED AND UNREDACTED EXHIBITS 1, 3, AND 4 TO BRIDGES DECLARATION IN RESPONSE TO ORDER RE MTN. TO FILE UNDER SEAL [DKT 160]

Case No.: 19-CV-01356-VC

As the Court directed in its November 23, 2021 Order at Docket No. 160, Defendant Cloudflare, Inc. respectfully provides the Court with unsealed and unredacted versions of Exhibits 1, 3, and 4 to the Declaration of Andrew Bridges in Support of Cloudflare, Inc.'s Cross-Motion for Summary Judgment and Opposition to Plaintiffs'.  Cloudflare had previously filed redacted versions of the exhibits at Docket Nos. 132-8, 132-10, 132-12.

Dated: November 30, 2021

FENWICK & WEST LLP

By: /s/ Jedediah Wakefield
ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
MEGHAN E. FENZEL (CSB No. 324139)
mfenzel@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant CLOUDFLARE, INC.

UNSEALED AND UNREDACTED EXHIBITS 1, 3, AND 4 TO BRIDGES DECLARATION IN RESPONSE TO ORDER RE MTN. TO FILE UNDER SEAL [DKT 160]

2

Case No.: 19-CV-01356-VC