UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MON CHERI BRIDALS, LLC, et al.,<br>Plaintiff,<br>v.<br>CLOUDFLARE, INC.,<br>Defendant. | 19-cv-01356-VC<br><br>**JUDGMENT** |

The Doe defendants are dismissed without prejudice. The Court, having granted summary judgment to Cloudflare and dismissed the Doe defendants, now enters judgment in favor of Cloudflare and against the plaintiffs. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: December 1, 2021

_____
VINCE CHHABRIA
United States District Judge