# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF  Northern District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: **19-cv-01356-VC**

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: **11/07/2018**

Date of judgment or order you are appealing: **12/01/2021**

Docket entry number of judgment or order you are appealing: **163**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Mon Cheri Bridals, LLC
Maggie Sottero Designs, LLC

Is this a cross-appeal?  ○ Yes  ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ● No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:           State:           Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature: *[signature]*    Date: 12/27/2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                   Rev. 12/01/2021

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal. do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Mon Cheri Bridals, LLC
Maggie Sottero Designs, LLC

Name(s) of counsel (if any):

Robert B. Owens, Esq.

Address: 269 S. Beverly Drive, #1074, Beverly Hills, CA 90212

Telephone number(s): 310-553-6611

Email(s): rowens@ogrlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Cloudflare, Inc.

Name(s) of counsel (if any):

Andrew P. Bridges, Esq.

Address: 801 California Street, Mountain View, CA 94041

Telephone number(s): 650-988-8500

Email(s): abridges@fenwick.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                              *1*                      New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms_ca9.uscourts.gov*

Form 6                                     2                            *New 12/01/2018*