ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:   650.988.8500
Facsimile:   650.938.5200

JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendant
CLOUDFLARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MON CHERI BRIDALS, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CLOUDFLARE, INC., and DOES 1–500, Inclusive,<br><br>Defendants. | Case No.: 19-cv-01356-VC<br><br>**CLOUDFLARE, INC.'S NOTICE OF ATTORNEY WITHDRAWAL OF MEGHAN E. FENZEL** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD AND TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that effective January 14, 2022, Meghan E. Fenzel is no longer affiliated with the firm of Fenwick & West LLP.  For this reason, Cloudflare, Inc. respectfully requests that Ms. Fenzel be removed as counsel of record and removed from the master service list

in the above-entitled action.  Cloudflare, Inc. remains represented by its other counsel of record at Fenwick & West LLP.

Dated:   January 14, 2022

Respectfully submitted,

FENWICK & WEST LLP

By: */s/ Meghan E. Fenzel*
    Meghan E. Fenzel

Attorneys for Defendant
CLOUDFLARE, INC.