UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 27 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| MON CHERI BRIDALS, LLC; MAGGIE SOTTERO DESIGNS, LLC, | No. 21-17118 |
|---|---|
| Plaintiffs-Appellants, | D.C. No. 3:19-cv-01356-VC Northern District of California, San Francisco |
| v. | |
| CLOUDFLARE, INC., a Delaware corporation, | ORDER |
| Defendant-Appellee. | |

The parties' joint motion (Docket Entry No. 9) for an extension of time to order transcripts is granted.

The appellant shall file the transcript designation order form with the district court on or before February 9, 2022. The transcripts are due March 11, 2022.

The opening brief is due April 20, 2022. The answering brief is due May 20, 2022. The optional reply brief is due within 21 days after service of the answering brief.

The Clerk will send a copy of this order to the court reporter at the district court.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7

tah/1.24.22/Pro Mo