|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 8 2022 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

MON CHERI BRIDALS, LLC; MAGGIE SOTTERO DESIGNS, LLC,

        Plaintiffs-Appellants,

 v.

CLOUDFLARE, INC., a Delaware corporation,

        Defendant-Appellee.

No. 21-17118

D.C. No. 3:19-cv-01356-VC
Northern District of California,
San Francisco

ORDER

The conference previously scheduled for February 09, 2022, is canceled.

Appellants' motion to dismiss this appeal (Docket Entry No. 11) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

        FOR THE COURT:

        By: Stephen M. Liacouras
        Chief Circuit Mediator